UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 7:05-CV-56-KKC

GREAT PLAINS SERVICES, INC.,            PLAINTIFF,

v.       **<u>MEMORANDUM OPINION<br>AND ORDER</u>**

K-VA-T FOOD STORES, INC.,            DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. No. 4) of the Defendant, K-VA-T Food Stores, Inc. ("KVAT"). For the following reasons, the Court DENIES the motion.

The Plaintiff, Great Plains Services, Inc. ("GPS"), filed its Complaint in this Court asserting that KVAT breached a Transportation Service Agreement between the parties. (Rec. No. 1, Complaint, ¶ 1). Under 28 U.S.C. § 1332(a), this Court has subject matter jurisdiction over any action where there is diversity of citizenship and the amount in controversy exceeds $75,000. In its Complaint, GPS asserts that the Court has subject matter jurisdiction over this action because GPS seeks to recover more than $75,000 in damages and there is diversity of citizenship between the parties. (Rec. No. 1, Complaint, ¶ 6).

In its Motion to Dismiss, KVAT asserts, "based upon information and belief," that GPS's damages do not exceed $75,000 and that this Court should, therefore, dismiss the action. (Rec. No. 4, Mem. Supp. Mot. to Dismiss at 2).

Where a plaintiff files a case in federal court, and the defendant moves to dismiss the case for lack of subject matter jurisdiction on the basis that the amount in controversy requirement is not

met, "the sum claimed by the plaintiff controls if the claim is apparently made in good faith." *Kovacs v. Chesley*, 406 F.3d 393, 395 (6th Cir. 2005) (quoting *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 395 (1938)). In other words, "[i]t must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal." *Id.*

Here, KVAT has presented no evidence that the amount in controversy is less than the jurisdictional amount. Accordingly, its Motion to Dismiss (Rec. No. 4) is hereby DENIED.

This 5th day of August, 2005.

Signed By:

*Karen K. Caldwell*

United States District Judge